AO 245B (CASDRev. 08/13) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 05 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| OCTAVIO CESAR SANA (1) | Case Number: 15CR2316-L |
| | BARBARA DONOVAN |
| | Defendant's Attorney |

**REGISTRATION NO.** 44130298

☐ -

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   ONE (1) AND TWO (2) OF THE INFORMATION

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371, 2320(a); 18:982(a) and 2323(b) | CONSPIRACY, CRIMINAL FORFEITURE | 1 |
| 18:1956(h); 18:982(a) and 2323(b) | MONEY LAUNDERING CONSPIRACY, CRIMINAL FORFEITURE | 2 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is dismissed on the motion of the United States.

☒ Assessment : $100 ($100 COUNT 1, $100 COUNT 2 WAIVED)
☐ -

☒ See fine page    ☒ Forfeiture pursuant to order filed   4/28/2016   , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 5, 2016
Date of Imposition of Sentence

*/s/ James Lorenz/*
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

15CR2316-L

- AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | OCTAVIO CESAR SANA (1) | Judgment - Page 2 of 3 |
| CASE NUMBER: | 15CR2316-L | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: FORTY ONE (41) MONTHS (COUNTS 1-2 CONCURRENT)

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
THE COURT RECCOMMENDS THE DEFENDANT BE DESIGNATED TO A FACILITY IN THE WESTERN REGION (TERMINAL ISLAND OR VICTORVILLE).

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ A.M.   on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ on or before
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

15CR2316-L

AO 245S     Judgment in Criminal Case
             Sheet 5 — Criminal Monetary Penalties

Judgment — Page   3   of   3

DEFENDANT: OCTAVIO CESAR SANA (1)
CASE NUMBER: 15CR2316-L

# FINE

The defendant shall pay a fine in the amount of _____ $10,000 _____ unto the United States of America.

This sum shall be paid   ___ immediately.
                            _X_ as follows:

Pay a fine in the amount of $10,000 ($5,000 per count) through the Clerk, U. S. District Court. Payment of fine shall be forthwith. During any period of incarceration the defendant shall pay fine through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the fine during his supervised release at the rate of $500 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time.

Until fine has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

_X_ The interest requirement is waived.

___ The interest is modified as follows: